# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :

   **v.**     :     **3:15-CR-0152**
                                                              **(JUDGE MANNION)**

**DAVID PARKS,**     :

   **Defendant**     :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Parks' objections to the PSR, (Doc. 46), are **OVERRULED**.

2. Defendant Parks qualifies as a career offender under U.S.S.G. §4B1.2 (2015).

3. The PSR, (Doc. 39), properly determined that defendant Parks' total offense level is 31, his criminal history category is VI and his advisory guideline range is 188-235 months imprisonment.

4. Defendant Parks' motion for a downward variance is held in abeyance until his sentencing hearing.[1]

                                                       s/ *Malachy E. Mannion*
                                                       **MALACHY E. MANNION**
                                                       **United States District Judge**

**Dated: February 21, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-0152-01-Order.wpd

---

[1] By separate order, the court will schedule Parks' sentencing hearing.